No. 12,980.

Higbee *v.* John et al.
(21 P. [2d] 1118)

Decided May 8, 1933.

Judgment affirmed in department without written opinion, Mr. Chief Justice Adams, Mr. Justice Butler and Mr. Justice Moore participating.

Mr. Harry G. Saunders, for plaintiff in error.

Messrs. Lindsey & Larwill, Mr. D. K. Wolfe, Jr., for defendants in error.